KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

CALLAWAY ARTS & ENTERTAINMENT, INC.,

                            Debtor.
-------------------------------------------------------------X

                                      Chapter 11
                                      Case No. 26-10624 (sab)

## DECLARATION OF NICHOLAS CALLAWAY PURSUANT TO LOCAL RULE 1007-2

    NICHOLAS CALLAWAY, being duly sworn, deposes and says:

1. I am the chief executive officer of Callaway Arts & Entertainment Inc. (the "Debtor"). I submit this affidavit pursuant to Local Rule 1007-2.

2. The Debtor is a Delaware corporation registered with the New York Secretary of State as a foreign corporation with authority to do business in New York pursuant to BCL § 1304.

3. The Debtor has been in business for 46 years. I formed the Debtor when I was only 26 years old after having spent the prior four years in Paris running a landmark art gallery.

4. The Debtor publishes ultra high-quality books for renowned artists. The Debtor is known worldwide throughout the publishing and art industries for its extremely high-quality productions collaboratively created with famous artists, such as Georgia O'Keeffe, Bob Dylan and Madonna. Each published work is a piece of art in and of itself.

5. It all started when I met Georgia O'Keeffe when I was 20. She invited me to her home in New Mexico. The Debtor has been the publisher of O'Keeffe's art. In 1987, the Debtor published

*100 Flowers*, a compendium of O'Keeffe artwork, which at the time retailed for $100. The book has sold more than one million copies. The Debtor later published three additional books containing O'Keeffe's art after her death. The Debtor has overseen licensing of her work, created calendars and other representations of her artwork, and in an emerging area of the art world has created an immersive exhibition with projections of her paintings.

6. In 2000, I met Steve Jobs, the founder of Apple, who was so impressed with Callaway's work that he helped arrange Debtor with project financing by Kleiner Perkins to produce some of Apple's first mobile & tablet apps. The definitive Steve Jobs biography written by Walter Isaacson includes a page (No. 502) describing his interest in the Debtor's innovative work.

7. In 1991, the Debtor was chosen by the renowned photographer Irving Penn, one of the giants of fashion photography, to publish his life's work. It has since been distributed in seven different languages with more than 65,000 copies sold.

8. In 1992, the Debtor produced *Sex,* a book designed in collaboration with Madonna. Madonna chose the Debtor because of its extremely high-quality artistic publications. *Sex* is the biggest selling illustrated book in publishing history with more than 1.4 million copies sold. This is the book that catapulted the Debtor to fame outside of the art and publishing worlds. The Debtor became Madonna's exclusive publisher and worked with her to publish an additional 17 children's books. This relationship attracted many other artists to the Debtor. In its over 40 years of operations, the Debtor has published several hundred titles.

9. The next notable title is the *Miss Spider* children's book series with over 80 titles published and over 7 million copies sold. Using the books as a platform, an animated TV show was developed and the Debtor was chosen by Target to create a consumer products brand of *Miss Spider' Sunny Patch* goods, from gardening to home décor to travel accessories. In 7 years the

brand generated over $100 million in sales at retail.

10.      The Vatican Museums hired the Debtor to produce its most luxurious work to date; an ultra-deluxe, three-volume collector's edition titled *The Sistine Chapel*.  It was a 5-year project in collaboration with the Vatican and Italian publisher Scropta Maneant.  The result is a giant 24x17 inch, 822 page magnum opus with state of the art color accuracy in  1:1 life-scale rendition of masterpieces of Michelangelo, Botticelli and other Renaissance artists.  The retail price of the set is $25,000. The debtor also published in 2021 a definitive book of Leonardo daVinci's paintings. Other clients the Debtor has worked with include the Modern Museum of Art (MOMA) in New York City, The National Gallery of Art, Washington, DCand Pace Galleries (a Mark Rothko monograph), to name a few.

11.      The Debtor's most recent notable collaboration is with The Bob Dylan Center in Tulsa to produce what has been called the "Dylan Bible", *Bob Dylan: Mixing Up the Medicine*. The 608-page tome spans his life from childhood in Minnesota through his entire career.  It took seven years of close collaboration to produce this work which includes 30 original essays and more than 1,100 images by 135 artists.

12.      In 2022 Debtor published *The Beatles:Get Back*, the Beatles' first authorized book since *The Beatles Anthology* was published in 2000.

13.      Over time, the Debtor's projects have increased in scale.  A single project takes years to develop.  In this model, investment is key to developing each project.  When COVID-19 struck the economy, the Debtor's traditional sources of financing dried up.  Retail banks were not issuing loans as they had in the past.  The Debtor was forced to turn to predatory alternate lenders. The cost of doing so continues to adversely affect the Debtor today.

14.      Facing cash flow issues, the Debtor determined to reorganize its debts and business

using the benefits of Chapter 11.

15.      The Debtor believes that with the help of counsel it will be able to restructure its financial affairs and propose a plan of reorganization that is in the best interests of its creditors and affords them the greatest recovery possible.

16.      The needs and interests of the Debtor's creditors will best be served by the continued possession of its property and management of its affairs as debtor-in-possession under Chapter 11 until confirmation of a plan of reorganization.

## INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007-2

17.      In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-2(a)(1)**

18.      The circumstances leading to the Debtor's filing chapter 11 are set forth above.

**Local Rule 1007-2(a)(2)**

19.      This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

**Local Rule 1007-2(a)(3)**

20.      No committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

21.      A list of the names and addresses of the Debtor's 20 largest unsecured creditors, excluding those not entitled to vote at a creditors' meeting and "insiders" as that term is defined in 11 U.S.C. Section 101(31) was filed with the Voluntary Petition. [ECF No. 1].

**Local Rule 1007-2(a)(5)**

22.     The Debtor has one secured creditor, Toper Taylor, in connection with a loan and UCC-1 filed on July 31, 2023.  Mr. Taylor is also a 15% owner of the Debtor.

23.     The Debtor previously had another secured creditor, Hoffen Family Foundation. The Debtor believes this creditor has been paid in full, but has included the creditor for notice purposes.

**Local Rule 1007-2(a)(6)**

24.     A balance sheet will be filed separately.

**Local Rule 1007-2(a)(7)**

25.     There are no publicly held securities of the Debtors.

**Local Rule 1007-2(a)(8)**

26.     None of the Debtor's property is in the possession or custody of any custodian.

**Local Rule 1007-2(a)(9)**

27.     The Debtor moved out of its offices to save on expenses.  It currently operates from my home without any formal written lease.

**Local Rule 1007-2(a)(10)**

28.     The Debtor's substantial assets and books and records are located in my home.

**Local Rule 1007-2(a)(11)**

29.     There are two pending legal actions against the Debtor, both collection actions, (i) *Technostampa S.R.L. v. Callaway Arts & Entertainment Inc.*, NYS Supreme Court, Westchester Co., Index No. 56702/2025; and (ii) *Transcontinental Printing, Inc. v. Callaway Arts & Entertainment Inc.*, NYS Supreme Court, New York Co., Index No. 655818/2025.

**Local Rule 1007-2(a)(12)**

30.     I am the Debtor's senior management.

 **Local Rule 1007-2(b)(1) and (2)**

31.     There are no employees.

**Local Rule 1007-2(b)(3)**

32.     The Debtor estimates that it will operate at a loss in the 30-day period following

the filing of the chapter 11 petition.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is

true and correct.

Dated: New York, New York
       March 30, 2026             CALLAWAY ARTS & ENTERTAINMENT INC.

                                */s/ Nicholas Callaway*
                      By:_____
                          Nicholas Callaway, CEO